

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Shawna Morgan Rector, | § | No.08-21-00173-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| Mitchell Rector, | § | of Winkler County, Texas |
| Appellee. | § | (TC# 2012-2350) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 2, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James Huggler, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 2, 2022.

IT IS SO ORDERED this 4th day of August, 2022.


PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.